```
       ✓ FILED       ___ RECEIVED
       ___ ENTERED   ___ SERVED ON
                    COUNSEL/PARTIES OF RECORD

            JAN - 4 2011

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
    BY: _____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:08-CR-0309-JCM (PAL) |
| ARYTOM MATEVOSYAN, | ) |
| Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on December 29, 2010, defendant ARYTOM MATEVOSYAN pled guilty to Counts One and Two of a Two-Count Criminal Indictment charging him in Count One with Trafficking in, Production, and Use of Counterfeit Access Devices, in violation of Title 18, United States Code, Section 1029(a)(1), and in Count Two with Fraudulent Transactions with Access Devices Issued to Other Persons, in violation of Title 18, United States Code, Section 1029(a)(5).

This Court finds that defendant ARYTOM MATEVOSYAN agreed to the forfeiture of property set forth in the Forfeiture Allegations of the Criminal Indictment.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), that the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegations of the Criminal Indictment and the offenses to which defendant ARYTOM MATEVOSYAN pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C):

1   a)   a counterfeit credit card bearing the re-encoded magnetic information for a
2        Citibank Mastercard account number ending in X-7911; and
3        ~~b)   a criminal forfeiture money judgment in the amount of $1,000.00 in United~~
4        ~~States Currency.~~
5   This Court finds the United States of America is now entitled to, and should, reduce the
6   aforementioned property to the possession of the United States of America.
7   NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
8   United States of America should seize the aforementioned property.
9   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that all right, title, and interest
10  of ARYTOM MATEVOSYAN in the aforementioned property is forfeited and is vested in the United
11  States of America and shall be safely held by the United States of America until further order of the
12  Court.
13  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States of
14  America shall publish for at least thirty (30) consecutive days on the official internet government
15  forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited
16  property, state the time under the applicable statute when a petition contesting the forfeiture must be
17  filed, and state the name and contact information for the government attorney to be served with the
18  petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
19  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a petition, if any, must
20  be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
21  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that a copy of the petition, if
22  any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
23  following address at the time of filing:
24      Daniel D. Hollingsworth
        Assistant United States Attorney
25      Lloyd D. George United States Courthouse
        333 Las Vegas Boulevard South, Suite 5000
26      Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described assets.

DATED this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

3