# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | )  2:08-CR-309-JCM (PAL) |
| ARYTOM MATEVOSYAN, | ) |
| Defendant. | ) |

## FINAL ORDER OF FORFEITURE

On January 4, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C), based upon the plea of guilty by defendant ARYTOM MATEVOSYAN to the criminal offenses, forfeiting specific property alleged in the Indictment and shown by the United States to have a requisite nexus to the offense to which defendant ARYTOM MATEVOSYAN pled guilty. This court struck the *in personam* criminal forfeiture money judgment from the Preliminary Order of Forfeiture. #107.

On January 18, 2011, a Proposed Order of Forfeiture was submitted to this court. #108. On January 24, 2011, an Order Denying Order of Forfeiture was entered. #113.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from January 23, 2011 through February 21, 2011, notifying all known third parties of their right to petition the Court. #117.

1   This Court finds no petition was filed herein by or on behalf of any person or entity and the
2   time for filing such petitions and claims has expired.

3   This Court finds no petitions are pending with regard to the assets named herein and the time
4   for presenting such petitions has expired.

5   THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
6   title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
7   United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
8   32.2(c)(2); Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code,
9   Section 1029(c)(1)(C); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of
10  according to law:

    a.  a counterfeit credit card bearing the re-encoded magnetic information for a
        Citibank MasterCard account number ending in X-7911; ~~and~~

    ~~b.~~ an *in personam* criminal forfeiture ~~money judgment in the amount of $1,000.00
        in United States Currency.~~

15  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
16  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as
17  any income derived as a result of the United States of America's management of any property forfeited
18  herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

19  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
20  certified copies to the United States Attorney's Office.

21  DATED this ____ day of ____April____, 2011.

                                    _____
                                    UNITED STATES DISTRICT JUDGE