**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:08-CR-309-JCM (PAL) |
| ) | |
| ARYTOM MATEVOSYAN, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from ARYTOM MATEVOSYAN a criminal forfeiture money judgment in the amount of $1,000.00 in United States Currency pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Title 18, United States Code, Section 982(a)(2)(B) and Title 18, United States Code, Section 1029(c)(1)(C).

DATED December 20, 2011.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Heidi Skillin, certify that the following individuals were served with copies of the Order of Forfeiture on December 19, 2011, by the below identified method of service:

Electronic Filing

Osvaldo E. Fumo, Chtd
1212 Casino Center Boulevard
Las Vegas, Nevada 89104
Email: ozzie@fumolaw.com
*Counsel for Gergana Hristova*

Michael W. Sanft
Sanft Law
520 S. Fourth Street
Las Vegas, Nevada 89101
Email: sanftlawgroup@mac.com
*Counsel for Arytom Matevosyan*

Jonathan Powell
Patti & Sgro
720 S. Seventh Street, Suite 300
Las Vegas, Nevada 89101
*Counsel for Mikayel Akopyan*

/s/HeidiSkillin
HEIDI SKILLIN
Forfeiture Support Associate Clerk

2